

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL LEONE, on behalf of himself and
all others similarly situated,

                    Plaintiff,

    - against -

VIKING COLLECTION SERVICE, INC.,

                    Defendant.
------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 08 2009 ★
LONG ISLAND OFFICE

Case No. 08-CV-4549 (TCP) (ETB)

**STIPULATION OF DISCONTINUANCE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties on behalf of their respective clients, that pursuant to Rule 41, this action shall be, and hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.

Dated: New York, New York
        December 7, 2009

                                MARSHALL, DENNEHEY, WARNER,
                                COLEMAN & GOGGIN

                            By: _____/s/_____
                               Jeffrey J. Imeri (JI 3938)

                            Attorneys for Defendant
                            The Graybar Building
                            140 Broadway, 19th Floor
                            New York, NY 10005
                            (212) 878-1700

Case 2:08-cv-04549-TCP -ETB   Document 15   Filed 12/07/09   Page 2 of 2

/s/
Adam J. Fishbein, Esq. (AF 9508)

Attorney for Plaintiff
483 Chestnut Street
Cedarhurst, NY 11516
(516) 791-4400

**SO ORDERED:**

_____
**Hon. Thomas C. Platt, U.S.D.J.**

Dated: December 9, 2009

-2-